# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7096**                                           **September Term, 2024**

1:22-cv-03822-JMC

**Filed On: July 14, 2025** [2125185]

Venezuela US SRL,

    Appellee

  v.

Bolivarian Republic of Venezuela,

    Appellant

**O R D E R**

    The notice of appeal was filed on July 8, 2025, and docketed in this court on July 14, 2025. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 13, 2025 |
| Docketing Statement Form | August 13, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 13, 2025 |
| Procedural Motions, if any | August 13, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 13, 2025 |
| Statement of Issues to be Raised | August 13, 2025 |
| Transcript Status Report | August 13, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | August 13, 2025 |
| Dispositive Motions, if any | August 28, 2025 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7096**                     **September Term, 2024**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 13, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 13, 2025 |
| Procedural Motions, if any | August 13, 2025 |
| Dispositive Motions, if any | August 28, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                            BY:     /s/
                                     Laura M. Morgan
                                     Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Request to Enter Appellate Mediation Program (Optional)</u>
    <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
    <u>Stipulation to be Placed in Stand-By Pool of Cases (Optional)</u>