# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Venezuela US SRL

v.

Bolivarian Republic of Venezuela

**Case No:** 25-7096

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Venezuela US SR

### Counsel Information

**Lead Counsel:** John M. Conlon

**Direct Phone:** (212) 506-2592  **Fax:** (212) 262-1910  **Email:** jconlon@mayerbrown.com

**2nd Counsel:** Michael P. Lennon, Jr.

**Direct Phone:** (713) 238-2667  **Fax:** (713) 238-4613  **Email:** mlennon@mayerbrown.com

**3rd Counsel:** Kevin Brett Weehunt Jr.

**Direct Phone:** (212) 506-2371  **Fax:** (212) 262-1910  **Email:** kweehunt@mayerbrown.com

**Firm Name:** Mayer Brown LLP

**Firm Address:** 1221 Avenue of the Americas, New York, NY 10020

**Firm Phone:** (212) 506-2500  **Fax:** (   ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)