**Nos. 25-7096**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

VENEZUELA US SRL,

*Petitioner-Appellee*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Respondent-Appellant.*

On Appeal from the United States District Court
for the District of Columbia, No. 22-cv-3822

**APPELLEE'S CERTIFICATE AS TO PARTIES,
RULINGS AND RELATED CASES**

JOHN M. CONLON
KEVIN BRETT WEEHUNT, JR.
MAYER BROWN LLP
  1221 Avenue of the Americas
  New York, NY 10020
  Tel.: (212) 506-2500
  jconlon@mayerbrown.com
  kweehunt@mayerbrown.com

MICHAEL P. LENNON, JR.
MAYER BROWN LLP
  700 Louisiana Street, Suite 3400
  Houston, Texas 77002
  Tel.: (713) 238-3000
  mlennon@mayerbrown.com

**August 14, 2025**                    *Counsel for Petitioner-Appellee*

Pursuant to Circuit Rule 28(a)(1), counsel for Appellee Venezuela US SRL makes the following certifications:

## A. Parties and Amici

 i. <u>Petitioner-Appellee:</u> Venezuela US SRL

 ii. <u>Respondent-Appellant:</u> Bolivarian Republic of Venezuela

 iii. <u>Intervenors:</u> There are no intervenors to date.

 iv. <u>Amici:</u> There are no amici to date.

 v. The Bolivarian Republic of Venezuela is a foreign state.

## B. Rulings Under Review

This appeal involves review of the District Court's June 9, 2025, Order and Memorandum Opinion in *Venezuela US SRL v. Bolivarian Republic of Venezuela*, No. 22-cv-3822-JMC (District Court Docket Nos. 38 and 39), which granted Petitioner's petition to recognize and enforce a foreign arbitral award under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, also known as the New York Convention. No official citation to the ruling currently exists, but the opinion is available at 2025 U.S. Dist. LEXIS 109049 and 2025 WL 1635370.

## C. Related Cases

The case under review has not previously been before this Court.

Dated: August 14, 2025

Respectfully submitted,

*/s/ John M. Conlon*
John M. Conlon
   D.C. Circuit Bar No. 65743
Kevin Brett Weehunt, Jr.
   D.C. Circuit Bar No. 65755
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2500
jconlon@mayerbrown.com
kweehunt@mayerbrown.com

Michael P. Lennon, Jr.
   D.C. Circuit Application Forthcoming
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Tel.: (713) 238-3000
mlennon@mayerbrown.com

*Counsel for Petitioner-Appellee*