**Nos. 25-7096**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

VENEZUELA US SRL ,

*Petitioner-Appellee*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA ,

*Respondent-Appellant.*

On Appeal from the United States District Court
for the District of Columbia, No. 22-cv-3822

**APPELLEE'S CORPORATE DISCLOSURE STATEMENT**

JOHN M. CONLON
KEVIN BRETT WEEHUNT, JR.
MAYER BROWN LLP
  1221 Avenue of the Americas
  New York, NY 10020
  Tel.: (212) 506-2500
  jconlon@mayerbrown.com
  kweehunt@mayerbrown.com

MICHAEL P. LENNON, JR.
MAYER BROWN LLP
  700 Louisiana Street, Suite 3400
  Houston, Texas 77002
  Tel.: (713) 238-3000
  mlennon@mayerbrown.com

**August 15, 2025**           *Counsel for Petitioner-Appellee*

Pursuant to Circuit Rule 26.1, I, the undersigned, counsel for Petitioner-Appellee Venezuela US SRL, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Venezuela US SRL which have any outstanding securities in the hands of the public:

Venezuela US SRL is a wholly owned subsidiary of Occidental Petroleum Corporation, which is a publicly traded company.

Dated: August 15, 2025

Respectfully submitted,

*/s/ John M. Conlon*
John M. Conlon
   D.C. Circuit Bar No. 65743
Kevin Brett Weehunt, Jr.
   D.C. Circuit Bar No. 65755
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2500
jconlon@mayerbrown.com
kweehunt@mayerbrown.com

Michael P. Lennon, Jr.
   D.C. Circuit Application Forthcoming
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Tel.: (713) 238-3000
mlennon@mayerbrown.com

*Counsel for Petitioner-Appellee*